
# Freshfields Bruckhaus Deringer US LLP

**By Electronic Mail**

Hon. Katherine P. Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

MICHAEL LACOVARA
601 Lexington Avenue
31st Floor
New York, NY 10022
Tel +1 212 230 4630
Fax +1 646 465 7430
michael.lacovara@freshfields.com

July 26, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/31/2013
```

Re:   *Hoechst GmbH v. Genentech, Inc.*
      <u>13 Civ. 4170 (KPF) - Request for Oral Argument</u>

Your Honor:

    We are counsel to Genentech, Inc. ("Genentech"), Respondent in this matter. On behalf of Genentech, we have today filed a Motion for a Stay and in Opposition To the Petition To Confirm Arbitration Awards. As required by Your Honor's Individual Rules of Practice in Civil Cases, Genentech respectfully requests oral argument on both its Motion for a Stay and, if necessary, on the merits of the Petition To Confirm Arbitration Awards.

    Genentech further respectfully requests that oral argument on the Motion for a Stay be scheduled in advance of argument on the merits of the Petition, as the former motion raises threshold issues that could obviate the need for argument or other proceedings with respect to the Petition.

Respectfully submitted,

Michael Lacovara

cc:   William E. Solander, Esq. (Counsel to Petitioner Hoechst GmbH)

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf  Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Rome  Shanghai  Singapore  Tokyo  Vienna  Washington